Beth L. Kaufman (BK 7809)
Christopher Milito (CM 3563)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
Attorneys for Defendants Pfizer Inc. and Warner Lambert Company LLC
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANEEN BRIDA, Individually and as Trustee
Ad Litem on behalf of all parties entitled by law to
damages in the death of JEROME HEFFNER, SR.
Deceased,

                                Plaintiff,

       -against-

PFIZER INC., PARKE DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,

                                Defendants.
-----------------------------------------------------------------X

07 CIV 8060 (JSR)(DFE)
ECF CASE

**DEFENDANTS'
FED. R. CIV. P. 7.1
DISCLOSURE**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney certifies for defendants that Defendant Pfizer Inc. is a publicly traded company that has no parent corporation and no entity owning 10% or more of its stock. Pfizer Inc. is the sole shareholder of Warner-Lambert Company LLC, which is a Delaware limited liability company and the successor to Warner-Lambert Company. Parke-Davis is an unincorporated division of Warner-Lambert Company LLC.

Dated:     New York, New York
           November 8, 2006

                SCHOEMAN, UPDIKE & KAUFMAN, LLP

                By: *[signature]*
                Beth L. Kaufman (BK 7809)
                Christopher Milito (CM 3563)
                Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC
                60 East 42nd Street
                New York, New York 10165
                (212) 661-5030

TO:   Eleanor L. Polimeni, Esq.
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY 12550
      *Attorneys for Plaintiff*