Beth L. Kaufman (BK 7809)
Christopher Milito (CM 3563)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
Attorneys for Defendants Pfizer Inc. and Warner Lambert Company LLC
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANEEN BRIDA, Individually and as Trustee
Ad Litem on behalf of all parties entitled by law to
Damages in the death of JEROME HEFFNER, SR.,
Deceased,

                                Plaintiff,                              07 CIV 8060 (JSR)(DFE)
                                                                 ECF CASE
               -against-

PFIZER INC., PARKE DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,

                                Defendants.

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that I have on the 8th day of November, 2007, caused a copy of the Answer to the Complaint in the above-captioned case and Defendants' Fed.R.Civ.P 7.1 Disclosure to be served upon the following via the U.S. Mail:

Eleanor L. Polimeni, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

*Attorneys for Plaintiff*

                                                             Christopher Milito
                                                             Attorney for Defendants Pfizer Inc. and
                                                             Warner-Lambert Company LLC