B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95

© 1986 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

FILE # 234949-06

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JANEEN BRIDA, INDIVIDUALLY AND AS TRUSTEE AD LITEM ON BEHALF OF ALL PARTIES ENTITLED BY LAW TO DAMAGES IN THE DEATH OF JEROME HEFFNER, SR., DECEASED,

Plaintiff(s)

against

PFIZER INC., PARKE-DAVIS, et al.,

Defendant(s)

Index No. 07 CV 8060

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL CASE**

STATE OF NEW JERSEY, COUNTY OF PASSAIC  SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY

That on 10/19/07 at 9:12AM., at 235 EAST 42ND STREET, NEW YORK, N.Y. deponent served the within summons, and complaint on WARNER-LAMBERT COMPANY defendant therein named, IN A CIVIL CASE

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a FOREIGN corporation, by delivering thereat a true copy of each to TERRENCE MCCANN personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒
- ☒ Male   ☐ Female
- ☒ White Skin   ☐ Black Skin   ☐ Yellow Skin   ☐ Brown Skin   ☐ Red Skin
- ☐ Black Hair   ☒ Brown Hair   ☐ Blonde Hair   ☒ Gray Hair   ☐ Red Hair
- ☐ White Hair   ☐ Balding   ☐ Mustache   ☐ Beard   ☐ Glasses
- ☐ 14-20 Yrs.   ☐ 21-35 Yrs.   ☐ 36-50 Yrs.   ☒ 51-65 Yrs.   ☐ Over 65 Yrs.
- ☐ Under 5'   ☐ 5'0"-5'3"   ☐ 5'4"-5'8"   ☒ 5'9"-6'0"   ☐ Over 6'
- ☐ Under 100 Lbs.   ☐ 100-130 Lbs.   ☐ 131-160 Lbs.   ☒ 161-200 Lbs.   ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
10/24/07

NADINE PASEPCHIA
NOTARY PUBLIC, NEW JERSEY
Commission Expires

PETER FELDMAN

License No. 797824

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) PETER FELDMAN | DATE OCTOBER 19, 2007 |
| NAME OF SERVER (PRINT) PETER FELDMAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

- Served personally upon the defendant. Place where served: _____

- [X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: TERRENCE MCCANN

- Returned unexecuted: _____

- Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/24/07
Date

Signature of Server
PETER FELDMAN

NADINE PASERCHIA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/27/2009

WAYNE, NEW JERSEY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.